# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0914
Lower Tribunal No. 18-13312
_____

**Shantell L. Richardson,**
Appellant,

vs.

**Well States Healthcare, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Toth Funes PA, and Freddy Funes, for appellant.

Johnson, Cassidy, Newlon & DeCort, P.A., and Christopher L. DeCort and Nicole Deese Newlon (Tampa); Bivins & Hemenway, P.A., and Kelly D. Haywood (Valrico), for appellee Well States Healthcare.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Fernandez v. Homestar at Miller Cove, Inc., 935 So. 2d 547, 551 (Fla. 3d DCA 2006) (observing that where an agreement is "clear and unambiguous . . . 'a court is powerless to rewrite the contract to make it more reasonable or advantageous for one of the contracting parties'") (quoting in part Emergency Assocs. of Tampa, P.A. v. Sassano, 664 So. 2d 1000, 1003 (Fla. 2d DCA 1995)); see also A.J. v State, 677 So. 2d 935, 937 (Fla. 4th DCA 1996) ("The patient's express or implied acceptance of the provider's estimate gives rise to an enforceable contract to pay the amount of the bill.").